AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Katharine Hemann  Telephone: (989) 574-8638
Special Agent: Kyle McGraw  Telephone: (313) 268-0449

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kijuan Deshawn Ross

Case No. 1:22-mj-30479
Judge: Morris, Patricia T.
Filed: 11-02-2022

FILED NOV 15 2022 U.S. DISTRICT COURT BAY CITY, MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kijuan Deshawn Ross,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §841(a): Possession with Intent to Distribute
18 U.S.C. §922(g)(1): Felon in Possession of a Firearm
18 U.S.C. §922(o): Possession of a Machinegun
18 U.S.C. §924(c)(1)(A)(i) and (B)(ii): Possession of a Firearm in furtherance of drug trafficking, including possession of a machinegun in furtherance of drug trafficking.

Date: November 2, 2022

*Issuing officer's signature*

City and state: Bay City, Michigan

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/7/2022, and the person was arrested on *(date)* 11/8/2022
at *(city and state)* Saginaw, MI.

Date: 11/08/2022

*Arresting officer's signature*

TYSAN ROBINSON, DUSM
*Printed name and title*

---

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA